IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                       CR 15-4112 RB/JHR
                                             CIV 17-0932 RB

CARLOS TAFOYA, JR.,

      Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on

May 30, 2018. (Doc. 263.[1])  The proposed findings notify Petitioner of his ability to file

objections and that failure to do so waives appellate review.  To date, Petitioner has not filed any

objections, and there is nothing in the record indicating that the proposed findings were not

delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc.
263) are ADOPTED;

2.     Plaintiff's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C.
§ 2255 ("Petition") (Doc. 250) is denied and the Petition is dismissed with
prejudice;

---

[1] All citations to the docket refer to documents in the criminal case, CR 15-4112.

3.     The Court will enter a separate final order and order denying a certificate of appealability.


_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE